UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
FELIX CASTRO,

                       Plaintiff,                    **ORDER**

       -against-                   **23-cv-7575 (JMF)(JW)**

ST. PETERS FLY SHOP, LLC,

                       Defendant.
-------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

       This action is scheduled for an Initial Case Management Telephone Conference

in accordance with Rule 16(b) of the Federal Rules of Civil Procedure on **January 10,**

**2024 at 11:00am**.  The Parties are directed to comply with their obligations and file

a proposed case management plan by **noon on January 9, 2024**.

       SO ORDERED.

DATED:    New York, New York
           January 8, 2024

                                                *Jennifer E. Willis*
                                     JENNIFER E. WILLIS
                                     United States Magistrate Judge