UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FELIX CASTRO, on behalf of himself and          Case No.: 1:23-cv-07575
all others similarly situated,

                     Plaintiff,            **STIPULATION OF VOLUNTARY**
                                            **DISMISSAL WITH PREJUDICE**

        -against-

ST. PETERS FLY SHOP, LLC

                     Defendant.
-----------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between plaintiff FELIX CASTRO (the "Plaintiff") and defendant ST. PETERS FLY SHOP, LLC (the "Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, and without costs or attorney fees.

Dated: May 28, 2024

| THE LAW OFFICE OF NOOR A. SAAB | COAN, PAYTON & PAYNE, LLC |
|---|---|
| By: *[signature]* <br> Noor A. Saab Esq. <br> *Attorney for Plaintiff* <br> 380 North Broadway, Penthouse West <br> Jericho, New York 11753 <br> Tel: (718) 740-5060 <br> Email: noorasaablaw@gmail.com | By: *[signature]* <br> Jody N. Duvall, Esq. <br> *Attorneys for the Defendant* <br> 103 W. Mountain Avenue | Suite 200 <br> Fort Collins, Colorado 80524 <br> Tel: (970) 225-6700 <br> Email: jduvall@cp2law.com |

SO ORDERED:

Dated: _____June 4_____, 2024

*[signature]*
United States District Judge